

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00383-CV

**IN RE** Khusro **RASHID**, M.D., Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

Delivered and Filed: May 31, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 19, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceeding pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-09445, styled *Anna Marie Moreno, Individually, on Behalf of All Heirs of, and on Behalf of All Wrongful Death Beneficiaries of Rafael Angel Guerra Jr., Deceased v. New San Antonio Specialty Hospital LLC d/b/a Lifecare Hospitals of San Antonio, Texas IPS Medical Services, PA,. Randall Bell, MD, and Khusro Rashid, MD*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.